```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

         MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


MARÍA MAGDALENA MARTINEZ      )
GONZÁLEZ,                     )
                              )
     Plaintiff,               )
                              )   CIVIL ACTION NO.
     v.                       )      3:15cv282-MHT
                              )          (WO)
THOMAS DAVID PRESTON,         )
                              )
     Defendant.               )
```

### PRELIMINARY INJUNCTION ORDER

By agreement of the parties made on the record during a hearing on today's date, it is ORDERED as follows:

(1) The court's temporary restraining order (doc. no. 6) is turned into a preliminary injunction and extended to last until the termination of this case;

(2) Defendant Thomas David Preston is prohibited from removing the children, O.M.P.M. and T.D.P.M., from the area known as the "Valley," including

Lanett, Alabama and surrounding towns, until the termination of this case.  Likewise, no person acting in concert or participating with defendant Preston (including but not limited to his mother, Lurlie Cole Jennings) shall take any action to remove the children from the "Valley."

This order binds defendant Thomas David Preston, Lurlie Cole Jennings, the parties' officers, agents, servants, employees, and attorneys; and all other persons who are in active concert or participation with the parties or their officers, agents, servants, employees, or attorneys.

DONE, this the 12th day of May, 2015.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**