IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| MARÍA MAGDALENA MARTINEZ GONZÁLEZ, | ) ) ) | |
| Petitioner, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:15cv282-MHT |
| | ) | (WO) |
| THOMAS DAVID PRESTON, | ) ) | |
| Respondent. | ) | |

### JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Judgment is entered in favor of petitioner María Magdalena Martinez González and against respondent Thomas David Preston.

(2) Petitioner Martinez's and respondent Preston's two children are to be returned to petitioner Martinez's custody in Mexico, subject to the independent determination by the Mexican courts of all issues related to the custody of the two

      children, including whether petitioner Martinez should retain custody.

(3) The court will conduct supplemental proceedings before determining how the two children are to be expeditiously and safely returned to Mexico.

It is further ORDERED that respondent Preston and all persons acting in concert or participating with respondent Preston (including but not limited to his mother, Lurlie Cole Jennings) are still under all the provisions in the preliminary injunction (doc. no. 19) prohibiting them from removing his children from the area known as the "Valley," including Lanett, Alabama and surrounding towns.

It is further ORDERED that petitioner Martinez is to recover attorneys' fees and expenses from respondent Preston, and that she has until June 17, 2015, to file an appropriate motion for attorneys' fees and expenses.

It is further ORDERED that costs are taxed against respondent Preston, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 20th day of May, 2015.**

　　　　　　　　　　　　　　　　 **/s/ Myron H. Thompson**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**