IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| MARÍA MAGDALENA MARTINEZ GONZÁLEZ, | ) ) ) | |
| Petitioner, | ) ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:15cv282-MHT |
| | ) ) | (WO) |
| THOMAS DAVID PRESTON, | ) ) | |
| Respondent. | ) | |

ORDER

This Court having ordered the return of T.D.P.M. and O.M.P.M. ("the children") to petitioner María Magdalena Martinez González in Mexico, respondent Thomas David Preston shall deliver physical custody of the children to a designated official of the Consulate General of Mexico at the Atlanta International Airport for travel to Mexico three hours before the scheduled departure of their flight. The designated official of the Consulate General of Mexico will have physical custody of the children solely for the purpose of their return flight and shall transfer physical custody of

the children to petitioner Martinez once the children arrive at the pre-determined meeting place in Mexico.

DONE, this the 27th day of May, 2015.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE